23-07723MB

# AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Daniel Douglass, Special Agent of the Federal Bureau of Investigation ("FBI"), being duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  The facts of this case, as more fully detained herein, are that Jerardo Jay Rosales (hereinafter "ROSALES") committed a violation of Title 18, United States Code, Section § 922(g)(1), Possession of a Firearm and/or Ammunition by a Prohibited Person. I respectfully request the Court issue a search warrant for evidence of the above violation, located at 2020 South Columbus Boulevard, Apartment 465, Tucson, Arizona, as further described in Attachment A, in support of an investigation into the aforementioned crime.

2.  I have been a Special Agent with the FBI since January 25, 2015. I am a graduate of the FBI Training Academy in Quantico, Virginia, where I received training in controlled substances investigations, robbery investigations, white-collar crime, cyber-crime, interviewing, interrogation, evidence collection, intelligence analysis, and legal matters, among other topics. I am currently assigned to the Tucson Resident Agency of the Phoenix Division. As part of my duties with the FBI, I investigate violations of federal law, including prohibited possession of a firearm and/or ammunition and incidental offenses, as enumerated in Title 18 of the United States Code.

3.  I have been the affiant on multiple federal search warrants related to violent crimes and crimes against children. During my FBI tenure, I have participated in several bank robbery investigations, during the course of which I have (a) conducted interviews, (b) canvassed neighborhoods for evidence, (c) reviewed video surveillance, and (d) reviewed cellular telephone

records. Through my training, education, and experience, I have become familiar with conducting investigations in regarding prohibited possessors.

4.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

5.      On October 17, 2023, Special Deputy United States Marshal P.L. was shot in a drive-by shooting while conducting surveillance in the 7-11 parking lot located at the intersection of East 29th Street and South Columbus Boulevard, Tucson, Arizona. The suspect vehicle in the shooting was a dark colored 4-door sedan.

6.      Through review of close circuit television (CCTV) cameras located at the 7-11 and the apartment complex across the street from the 7-11 (located at 2020 S Columbus Blvd), law enforcement officers were able to determine the suspect vehicle (SV) driven by the perpetrator(s) of the drive-by shooting. Moments before the shooting, the SV approached the entrance gate of 2020 South Columbus Boulevard. At that time, the entrance gate was blocked by a vehicle and the SV turned around and drove to the 7-11 parking lot where the perpetrators ultimately conducted the shooting.

7.      On October 20, 2023, law enforcement officers located a vehicle that matched the description of the SV parked in the parking lot of 2020 South Columbus Boulevard (the apartment complex across from the 7-11). The vehicle is a Hyundai Sonata with Arizona license plate Z5A6TC. The vehicle is registered to ROSALES.

8. While agents were observing the Sonata, ROSALES approached the agents and began speaking with them. ROSALES indicated he had served 10 years in prison, but he was allowed to have guns. Agents could see a gun box in plain view on the rear floorboard of the vehicle. Agents asked ROSALES if the gun was located in the Sonata. ROSALES replied that the gun was located in his residence.

9. An NCIC criminal history query indicated that ROSALES was convicted of escaping while arrested and was listed as a felon. A review of ROSALES' criminal history identified that he served a 10-year sentence for the aforementioned felony conviction. An initial query by agents did not identify that Rosales had his right to possess firearms restored.

10. On October 20, 2023, the property manager of 2020 South Columbus Boulevard indicated that Jerardo Rosales, date of birth 07/12/1984, is the lessee of apartment 465.

## CONCLUSION

11. I submit that this affidavit supports probable cause for a warrant authorizing the search of 2020 South Columbus Boulevard, Apartment 465, Tucson, Arizona (as described in Attachment A) to seize the evidence described in Attachment B.

Respectfully submitted,

DANIEL DOUGLASS
Digitally signed by DANIEL DOUGLASS
Date: 2023.10.20 22:22:13 -07'0

Daniel Douglass
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on October 20, 2023:

HON. JACQUELINE RATEAU
UNITED STATES MAGISTRATE JUDGE